IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**VINCENT MARGIOTTI,**
    Plaintiff,

vs.                                                             3:06cv113/LAC/MD

**M. NICHOLS, et al.,**
    Defendants.
_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 30, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and no objections have been filed, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED without prejudice to its refiling accompanied by the payment of the full $250.00 filing fee.

    DONE AND ORDERED this 2nd day of May, 2006.

                                  *s/L.A. Collier*
                                  **LACEY A. COLLIER**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**